| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 19-56859-mlo<br>Eastern District of Michigan<br>Detroit<br>Fri May 22 14:13:22 EDT 2020 | Advance America<br>243 North Maple Road<br>Ann Arbor, MI 48103-2823 | Athena J. Aitas<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bankers Healthcare Group co Pinnacle Bank<br>150 3rd Avenue South Ste 900<br>Nashville, TN 37201-2034 |
| Heather R. Burnard<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cbna<br>Attn: Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Comenity Bank/Ashley Stewart<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Gardner White Furniture<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Greensky, LLC<br>1797 Northeast Expressway Suite 100<br>Atlanta, GA 30329-2451 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O Box 29505 AZ1-5757<br>Phoenix, AZ 85038-9505 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Debra C Jeffries<br>3561 Burbank Dr<br>Ann Arbor, MI 48105-1546 | Michelle Marrs<br>6553 Jackson Rd.<br>Ann Arbor, MI 48103-9598 |
| Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions, LLC. on behalf of<br>American Student Assistance<br>Po box 16129<br>St. Paul, MN 55116-0129 | PNC Bank<br>Attn: Bankruptcy<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101-4982 |

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Paypal Credit<br>PO Box 71202<br>Charlotte, NC 28272-1202 | Pinnacle Financial Partners<br>Attn: Bankruptcy<br>150 Third Ave South. Ste 900<br>nashville, TN 37201-2034 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quick Cash<br>4649 Washtenaw Road<br>Ann Arbor, MI 48108-1301 |
| Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Quicken Loans Inc<br>635 Woodward Ave<br>Detroit, MI 48226-3408 | State of Michigan<br>Dept of Treasury<br>Collection Division<br>PO Box 77437<br>Detroit, MI 48277-0437 |
| Suntrust Bank/GreenSky<br>Attn: Bankruptcy<br>Po Box 29429<br>Atlanta, GA 30359-0429 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Banana Republic<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | Tricia Stewart Terry<br>6553 Jackson Rd.<br>Ann Arbor, MI 48103-9598 |
| US Attorney<br>Attn: Civil Division<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chapel Hill Homeowners Associations  (u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients  49
Bypassed recipients   2
Total                51