**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE:**

Debra C. Jeffries                              Bankruptcy No. 19-56859-mlo
                                                               Honorable Maria L. Oxholm
                         Debtor                    Chapter 13

_____/

CERTIFICATE OF NO RESPONSE

      I, Tricia Terry, hereby certify under penalty of perjury that the **Chapter 13 Plan Modification** in this case was filed and served on the Debtor, the Trustee, and all creditors on May 22, 2020 and pursuant to L.B.R. 3007-1(c), that a response was not timely filed since the date of service as required by L.B.R. 3007-1(c).

Dated: June 19, 2020

                                                   Respectfully submitted,
                                                   /s/ Tricia S. Terry
                                                   Tricia S. Terry (P59522)
                                                   MARRS & TERRY, PLLC
                                                   Attorneys for Debtors
                                                   6553 Jackson Rd.
                                                   Ann Arbor MI 48103
                                                   734-663-0555
                                                   tterry@marrsterry.com