UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE:**

Debra C. Jeffries　　　　　　　　　　　　　　Bankruptcy No. 19-56859-mlo
　　　　　　　　　　　　　　　　　　　　　　Honorable Maria L. Oxholm
　　　　　　Debtor　　　　　　　　　　　　　Chapter 13
_____/

## ORDER MODIFYING CONFIRMED PLAN

This matter having come before the Court upon the application of Tricia Stewart Terry, of Marrs & Terry, PLLC, and all interested parties having been served with notice of the modification, no objections to the modification having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

　　　IT IS HEREBY ORDERED that turnover of the 2019 federal refund is excused.