UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
**Debra C. Jeffries**

Case No. 19-56859-mlo
Honorable Maria L. Oxholm
Chapter 13

____Debtor(s)_____/

APPLICATION FOR ATTORNEY FEES

Tricia S. Terry, counsel for Debtor herein, hereby applies for the approval of attorney fees with the unpaid balance to be paid through the Debtor's chapter 13 plan.

1.
   a) Total Amount of Compensation Sought to Be Approved:   $914.00

   b) Total Amount of Expenses to Be Approved:   $ 53.75

   c) Balance of Retainer on Hand with Applicant:   $0.00

2. Services for which an award are sought were rendered between 2/29/2020 to 6/19/2020.

3. Services provided included but were not limited to: Debtor's counsel reviewed order confirming plan, updated income, and trustee records. Debtor's counsel had communication with client (s) re: case.

4. Not applicable

5. Said services benefited the estate by: Continued to Distribution to Creditors and maintaining plan feasibility.

The current status of the case and the impact on the plan resulting from approval of this application is: Payments to creditors may be delayed

6. Future services to be provided include continued case monitoring and review as well as motion practice.

7. Not applicable

8. Not applicable

9. The amount of compensation previously awarded by the court is as follows: $3500.00

**10. A copy of this fee application was sent to the debtor via United States mail 7 days**

**prior to the filing of this fee application. The debtor neither approved nor disapproved the fee application.**

       WHEREFORE, the Court is respectfully requested to enter an Order directing the payment of $967.75 to the undersigned counsel for the Debtor as an administrative expense out of the Debtor's chapter 13 plan for legal services and fees provided and to the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s).

Date: June 19, 2020

                                      ___/s/Tricia S. Terry_____
                                      TRICIA S. TERRY (P59522)
                                      MARRS & TERRY, PLLC
                                      6553 Jackson Rd
                                      Ann Arbor, MI  48103
                                      734-663-0555
                                      tterry@marrsterry.com