**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
**Debra C. Jeffries**

                                             Case No. 19-56859-mlo
                                             Honorable Maria L. Oxholm
                                             Chapter 13

_____Debtor(s)_____/

ORDER APPROVING FEE APPLICATION

      This matter having come before the Court upon the application of Marrs and Terry, PLLC all interested parties having been served with notice of the application and the provisions of E.D. Mich. LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED:

1.      The Court approves Applicant's fees and expenses as follows:

      PRIOR AWARD(S) FOR FEES AND EXPENSES:     $ 3500.00

      The Court grants Applicant's current fee application as follows:

| | |
|---|---|
| THIS AWARD FOR FEES: | $914.00 |
| THIS AWARD FOR COSTS: | $ 53.75 |
| TOTAL THIS AWARD: | $ 967.75 |

AMOUNT OF THIS AWARD PAID DIRECTLY BY DEBTOR     ($0.00)

AMOUNT OF THIS AWARD TO BE PAID BY TRUSTEE     $967.75

2. This award covers services rendered and expenses incurred during the time period of 2/29/2020 through 6/19/2020.

3. To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter13 Trustee, they shall be paid directly by the Debtor(s) upon dismissal.