**Exhibit 2**

**Order Approving Employment**

**Not applicable**