**Exhibit 4**

| Attorney | Hourly Rate |
|---|---|
| Michelle Marrs | $290 |
| Tricia S. Terry | $290 |
| Kathryn Gerding | $240 |

Assistants

| | |
|---|---|
| Jennifer Keener | $90 |
| William Similo | $90 |
| Bridget Long | $90 |
| Kyle Miley | $45 |

Total $914.00/ 3.3 hours=$276.97

Total Blended hourly rate: $276.97