**Exhibit 5**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|

In Reference To: **Case Administration (Labor)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/01/2020 | TT | *CASE ADMINISTRATION* Review OCP. Note file re terms and letter to client. Prepare stip and amended wage order per OCP. | 0.40 at $290.00/hr | $116.00 |
| 03/06/2020 | TT | *CASE ADMINISTRATION* Review signed stipulation. Submit order, note file. | 0.20 at $290.00/hr | $58.00 |
| 03/08/2020 | TT | *CASE ADMINISTRATION* Review entered amended wage order, note file. | 0.10 at $290.00/hr | $29.00 |
| 03/09/2020 | TT | *CASE ADMINISTRATION* Review trustee letter re payment change, verify order entered, note file. | 0.10 at $290.00/hr | $29.00 |
| 03/25/2020 | TT | *CASE ADMINISTRATION* Review trustee letter re wage order change, verify order entered and note file. | 0.10 at $290.00/hr | $29.00 |
| 04/22/2020 | TT | *CASE ADMINISTRATION* Review email from client regarding reduced income and tax refunds. Advise re needed return and possible plan modification options. | 0.30 at $290.00/hr | $87.00 |
| 05/07/2020 | TT | *CASE ADMINISTRATION* Review email from client regarding return status, note file. | 0.10 at $290.00/hr | $29.00 |
| 05/22/2020 | TT | *CASE ADMINISTRATION* Review updated pay from client and notes regarding expectation with employment. Review trustee records and calcs. Prepare plan modification. | 1.30 at $290.00/hr | $377.00 |
| 06/19/2020 | TT | *CASE ADMINISTRATION* Review docket and prepare cnr re plan mod. Submit order. | 0.20 at $290.00/hr | $58.00 |
| 06/19/2020 | TT | *CASE ADMINISTRATION* Review entered order on plan modification and note file. Advise client of entry of order. | 0.20 at $290.00/hr | $58.00 |
| 06/19/2020 | JK | *CASE ADMINISTRATION* Prepared & filed CNR on plan mod. | 0.20 at $75.00/hr | $15.00 |

In Reference To: **Case Administration (Expenses)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/22/2020 | TT | *Mailing/Postage* Plan mod 49 x .55 | $26.95 | $26.95 |
| 05/22/2020 | TT | *Printing/Copying* Plan mod 49 x .10 x 5 | $24.50 | $24.50 |

*Total Hours: 3.20 hrs*
*Labor: $885.00*
*Expenses: $51.45*
**Total Amount: $936.45**

In Reference To: **Fee Application Preparation (Labor)**

| | | | |
|---|---|---|---|
| 06/19/2020 TT | *FEE APPLICATION PREPARATION* Prepare fee application. | 0.10 at $290.00/hr | $29.00 |

In Reference To: **Fee Application Preparation (Expenses)**

| | | | |
|---|---|---|---|
| 06/19/2020 TT | *Mailing/Postage* 2 stamps @ .55=$1.10 to serve fee app | $1.10 | $1.10 |
| 06/19/2020 TT | *Printing/Copying* 2 x 6 pages=12 x .10 per copy=$1.20 to serve fee app | $1.20 | $1.20 |

*Total Hours: 0.10 hrs*
*Labor: $29.00*
*Expenses: $2.30*
**Total Amount: $31.30**

*Total Labor: $914.00*
*Total Expenses: $53.75*
**Total Invoice Amount: $967.75**