**Exhibit 7**

In Reference To: **Case Administration (Expenses)**

| 05/22/2020 | TT | *Mailing/Postage* <br> Plan mod 49 x .55 | $26.95 | $26.95 |
| 05/22/2020 | TT | *Printing/Copying* <br> Plan mod 49 x .10 x 5 | $24.50 | $24.50 |

In Reference To: **Fee Application Preparation (Expenses)**

| 06/19/2020 | TT | *Mailing/Postage* <br> 2 stamps @ .55=$1.10 to serve fee app | $1.10 | $1.10 |
| 06/19/2020 | TT | *Printing/Copying* <br> 2 x 6 pages=12 x .10 per copy=$1.20 to serve fee app | $1.20 | $1.20 |

Total Expenses: $53.75