UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
**Debra C. Jeffries**

                                       Case No. 19-56859-mlo
                                       Honorable Maria L. Oxholm
                                       Chapter 13

     Debtor(s)                 /

NOTICE OF APPLICATION FOR ATTORNEY FEES

      Tricia S. Terry, counsel for Debtor, has filed papers with the court requesting attorney fees for work done during debtor's Chapter 13 bankruptcy.

         Total Amount of Compensation Sought to Be Approved:   $ 914.00
         Total Amount of Expenses to Be Approved:              $ 53.75
         Balance of Retainer on Hand with Applicant:            $0.00

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the court to allow the application for attorney fees, or if you want the court to consider your views on the motion, then within 21 days, you or your attorney must:

      File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

      If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

      You must also mail a copy to:

| | |
|---|---|
| Tricia Terry | Tammy Terry |
| Marrs & Terry, PLLC | 535 Griswold |
| 6553 Jackson Rd | Suite 2100 |
| Ann Arbor, MI 48103 | Detroit, MI 48226 |

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Dated: June 19, 2020                              /s/Tricia S. Terry
                                                    TRICIA S. TERRY (P59522)
                                                    MARRS & TERRY, PLLC
                                                    6553 Jackson Rd
                                                    Ann Arbor, MI 48103
                                                    734-663-0555
                                                    tterry@marrsterry.com