UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
**Debra C. Jeffries**

                                    Case No. 19-56859-mlo
                                    Honorable Maria L. Oxholm
                                    Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 29, 2020 a copy of the APPLICATION FOR ATTORNEY FEES, ALL EXHIBITS, NOTICE OF APPLICATION AND PROPOSED ORDER APPROVING FEE APPLICATION was served upon the Chapter 13 Trustee via Electronic Court Filing (ECF) and upon the Debtor by depositing said copies in the U.S. Mail, postage paid addressed to:

Debra Jeffries
3561 Burbank Dr.
Ann Arbor, MI 48105

                                                /s/ Jennifer Keener
                                                Jennifer Keener
                                                Legal Assistant
                                                Marrs & Terry, PLLC
                                                6553 Jackson Rd
                                                Ann Arbor MI 48103
                                                734-663-0555
                                                jkeener@marrsterry.com